IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SPRING VALLEY PRODUCE, INC. d/b/a PRODUCE CONNECTION AND THE SALAD FARM, LLC,** <br> Plaintiff, | CIVIL ACTION |
| v. | NO.  15-193 |
| **STEA BROS., INC, FRANK STEA, JR. AND ANTHONY STEA,** <br> Defendants. | |

## O R D E R

**AND NOW**, this 18th day of May, 2015, upon consideration of Plaintiffs' Motion for Entry of Default Judgment by Court Against Defendants Stea Bros., Inc. and Anthony Stea (ECF No. 16) and in the absence of any opposition thereto, it is **ORDERED** that the Motion is **GRANTED**.  The Court awards a **DEFAULT JUDGMENT** against Defendants Stea Bros., Inc. and Anthony Stea as follows:

1. Spring Valley Produce, Inc. ("Spring Valley) is awarded the principal sum of $117,027.25;

2. Spring Valley is further awarded prejudgment interest through the date of this judgment, which is $481;

3. Spring Valley is further awarded postjudgment interest on the combined sum of paragraphs 1 and 2 above at the rate specified in 28 U.S.C. § 1961(a);

4. The Salad Farm, Inc. ("Salad Farm") is awarded the principal sum of $18,843.32;

5. Salad Farm is further awarded attorney fees and costs in the amount of $6,247.87;

6. Salad Farm is further awarded prejudgment interest through the date of this judgment, which is $4,202.10;

7. Salad Farm is further awarded postjudgment interest on the combined sum of paragraphs 4-6 above at the rate specified in 28 U.S.C. § 1961(a).

**BY THE COURT:**

**/S/WENDY BEETLESTONE, J.**

_____

**WENDY BEETLESTONE, J.**